No. 398. THOR-DAHL A/S *v.* CRESCENT WHARF & WAREHOUSE CO. Ct. App. Cal., 2d App. Dist. Certiorari denied. *L. Robert Wood* for petitioner. *Henry E. Kappler* for respondent.

No. 408. MONROE SANDER CORP. *v.* LIVINGSTON, PRESIDENT OF DISTRICT 65, RETAIL, WHOLESALE & DEPARTMENT STORE UNION, AFL–CIO. C. A. 2d Cir. Certiorari denied. *Julius Weiss* and *Winthrop A. Johns* for petitioner.

No. 409. STANDARD ELECTRICA, S. A. *v.* HAMBURG SUDAMERIKANISCHE DAMPFSCHIFFAHRTS-GESELLSCHAFT. C. A. 2d Cir. Certiorari denied. *Seymour Simon* for petitioner. *James M. Estabrook* for respondent.

No. 413. ROGERS *v.* ZINGHEIM. Ct. App. Cal., 4th App. Dist. Certiorari denied. *Edward R. Minor* for petitioner.

No. 414. BUMGARNER ET AL. *v.* JOE BROWN CO., INC. C. A. 10th Cir. Certiorari denied. *George Camp* for petitioners. *Robert J. Emery* for respondent.

No. 420. GLAZER ET AL. *v.* GLAZER. C. A. 5th Cir. Certiorari denied. *John W. Douglas, Alfred H. Moses* and *Edward J. Grenier, Jr.,* for petitioners. *R. Emmett Kerrigan* and *René H. Himel, Jr.,* for respondent.

No. 422. GOLDSMITH *v.* GOLDSMITH. Ct. App. N. Y. Certiorari denied. *Clifton F. Weidlich* for petitioner. *Gerald I. Lustig* for respondent.